WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA, | )( | CIVIL NO. 92-0068 |
| --- | --- | --- |
| | )( | |
| vs. | )( | JUDGE WALTER |
| | )( | |
| CLIFFORD E. GODLEY, JR. | )( | MAG. JUDGE SIMON |

ORDER

Based on the United States' Motion and good cause appearing therefor,

THE COURT HEREBY ORDERS that the United States of America may renew its judgment lien against Clifford E. Godley, Jr. in accordance with the provisions of the Federal Debt Collection Procedure Act, 28 U.S.C. § 3201.

DATED this 7th day of January, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE